1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

07/07/16

CENTRAL DISTRICT OF CALIFORNIA
BY: _____GR_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JASON LEE THACKER,

        Plaintiff,

    v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant.

Case No.  CV 15-03638-RAO

**JUDGMENT**

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED:  July 7, 2016

                        _Rozella A. Oliver_____

                        ROZELLA A. OLIVER
                        UNITED STATES MAGISTRATE JUDGE